```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DAVID SHAVERS,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :      21 Civ. 6620 (JPC)
           -v-                                                         :
                                                                       :      ORDER OF DISMISSAL
                                                                       :
ONEMAIN FINANCIAL, LLC, EXPERIAN                                       :
INFORMATION SOLUTIONS, INC., EQUIFAX                                   :
INFORMATION SERVICES, LLC and                                          :
TRANSUNION LLC,                                                        :
                                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiff David Shavers and Defendant Equifax Information Services, LLC have reached a settlement in principle in this case. Accordingly, as to these two parties, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after forty-five days from the date of this Order may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to terminate Defendant Equifax Information Services, LLC from the docket.

SO ORDERED.

Dated: October 18, 2021
      New York, New York

                                          JOHN P. CRONAN
                                 United States District Judge